UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BISSO MARINE COMPANY, INC.,** | **CIVIL ACTION NO. 2:10-690** |
| PLAINTIFF | |
| VERSUS | SECTION "C"; MAGISTRATE 3 |
| MARINE RESPONSE CONSULTANTS, INC. | JUDGE HELEN G. BERRIGAN |
| J. KENNETH EDGAR, | |
| & ABC INSURANCE COMPANY, | |
| DEFENDANTS | MAG. DANIEL E. KNOWLES, III |

*    *    *    *    *    *    *    *    *    *    *    *    *

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, Bisso Marine Company, Inc., makes the following corporate disclosure:

Bisso Marine Company, Inc. does not have any parent corporations nor any publicly held companies owning 10% or more of Bisso Marine Company, Inc.

      /s/ Martha Y. Curtis
JAMES M. GARNER #19589
MARTHA Y. CURTIS #20446, T.A.
THOMAS J. MADIGAN, II #28132
**SHER GARNER CAHILL RICHTER**
 **KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Twenty-Eighth Floor
New Orleans, Louisiana  70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
COUNSEL FOR PLAINTIFF,
BISSO MARINE COMPANY, INC.